JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR08-5890RJB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER GRANTING MOTION TO |
| | ) | CONTINUE TRIAL DATE AND |
| RICHARD JASON HARPEL, | ) | PRETRIAL MOTIONS DUE DATE |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based on the motion of the Defendant to continue the trial date, and the affidavit of defense counsel in support of the motion, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(8)(B(ii).

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE                1

4. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation his defense. 18 U.S.C. § 3161(h)(8)(B)(iv).

NOW, THEREFORE,

IT IS HEREBY ORDERED that the trial date is continued from February 23, 2009 to **March 23**, 2009, at 9:30 am. The resulting period of delay from February 23, 2009, to **March 23**, 2009, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

Pre-trial motions are due no later than **March 6**, 2009.

Pre-trial conference shall be on **March 13**, 2009, at **8:30** am.

DONE this 6th day of February, 2009.

*[signature]*
ROBERT J. BRYAN
United States District Judge

Presented By:

/s/ Colin Fieman
Colin Fieman
Attorney for Defendant

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE    2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington 98402**
**(253) 593-6710**